**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00619-CV

## LUIS A. AND LINDA A. SANTIAGO, Appellants

## V.

## NOVASTAR MORTGAGE, INC., ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02073-2011**

## ORDER

The Court has before it appellees' September 11, 2013 unopposed motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by October 18, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE